No. 11–6481.  ORSELLO v. RIVARD, SHERIFF, CHISAGO COUNTY, MINNESOTA, ET AL.  Ct. App. Minn.  Certiorari denied.

No. 11–6483.  WINDSOR v. PRINCE, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 11–6487.  MAXWELL v. SCARPINO ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 11–6488.  JONES v. BENNETT ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 11–6489.  GORE v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 11–6491.  MOHIUDDIN v. RAYTHEON CO.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 11–6497.  RINCKER v. NOOTH, SUPERINTENDENT, SNAKE RIVER CORRECTIONAL INSTITUTION.  C. A. 9th Cir.  Certiorari denied.

No. 11–6499.  JACKSON v. VARANO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 11–6507.  REYNA v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 11–6512.  BREAKMAN v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 11–6517.  YEPES v. ALLISON, ACTING WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 11–6518.  RICHARD v. PRITCHARD ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 11–6519.  SEARCY v. CORRECTIONAL MEDICAL SERVICES, INC., ET AL.  C. A. 6th Cir.  Certiorari denied.

